UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:        18-17461
SANCHEZ, EDISON                                     Chapter:         7
GARCIA-PINEDA, DORIS                                Judge:           KCF

**NOTICE OF PROPOSED ABANDONMENT**

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable <u>Kathryn C. Ferguson</u> on <u>June 26, 2018</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| Real Estate at: 22 COVINGTON DRIVE, EAST WINDSOR, NJ<br>The debtor(s) purchased the property in 2004 for $185,000. The property is valued at $160,950 based upon a Comparative Market Analysis. |

| Liens on property: |
|---|
| CENTRAL LOAN ADMIN - $226,497 |

| Amount of equity claimed as exempt: |
|---|
| NONE |

Objections must be served on, and requests for additional information directed to:

| Name: | /s/Thomas J. Orr, Trustee |
|---|---|
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 18-17461-KCF
Edison Sanchez                                                       Chapter 7
Doris Garcia-Pineda
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: May 23, 2018
                              Form ID: pdf905          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
```
db/jdb         +Edison Sanchez,    Doris Garcia-Pineda,    22 Covington Drive,    Hightstown, NJ 08520-5306
517454610      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517454612      +Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 St. Louis, MO 63179-0040
517454613      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517454614      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517454615      +Twin Rivers Community Trust,    92 Twin Rivers Drive,    East Windsor, NJ 08520-5213
517454616      +Wells Fargo,    P.O. Box 10335,    Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 00:01:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 00:01:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517454610      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 24 2018 00:09:53      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517454611      +E-mail/Text: kzoepfel@credit-control.com May 24 2018 00:01:13      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ 08618-1430
                                                                                              TOTAL: 4
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517454609    ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
```
          Marta   Gold    on behalf of Joint Debtor Doris  Garcia-Pineda mgold@mgoldlawfirm.com
          Marta   Gold    on behalf of Debtor Edison  Sanchez mgold@mgoldlawfirm.com
          Rebecca Ann Solarz    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
           rsolarz@kmllawgroup.com
          Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,    Torr@ecf.epiqsystems.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```