UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: __18-17461__
Edison Sanchez
Doris Garcia-Pineda : Chapter: __7__

: Judge: __Ferguson__

Debtor(s) :

**CERTIFICATION OF NO OBJECTION**

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
22 COVINGTON DRIVE, EAST WINDSOR, NJ.

JEANNE A. NAUGHTON, Clerk

Date: __6/21/2018__     By: __Gary A. Nau__

*rev.2/10/17*