UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                 Case no.:    18-17461

Edison Sanchez
Doris Garcia-Pineda              Chapter:    7

                              Judge:    Ferguson

                       Debtor(s)

## CERTIFICATION OF NO OBJECTION

I **Gary A. Nau**, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
CONDO/COOPERATIVE-STREET 13 C#56-65 (CALI., COLUMBIA).

JEANNE A. NAUGHTON, Clerk

Date: 6/21/2018                     By: Gary A. Nau

*rev.2/10/17*