Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−17461−KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edison Sanchez | Doris Garcia−Pineda |
| 22 Covington Drive | aka Doris Garcia |
| Hightstown, NJ 08520 | 22 Covington Drive |
| | Hightstown, NJ 08520 |

Social Security No.:
  xxx−xx−3212                                                   xxx−xx−8295

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 25, 2018</u>                       <u>Kathryn C. Ferguson</u>
                                                      Judge, United States Bankruptcy Court